UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEPHEN WINDSOR (344886)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 09-123-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 6, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims against Warden Burl Cain, Louisiana Department of Public Safety and Corrections Secretary James LeBlanc, Earl K. Long Hospital, Dr. Huffman and Dr. Tran will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(9)(ii) and (iii), without prejudice to any state law claim and this matter will be dismissed.

Baton Rouge, Louisiana, May 27, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA