UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



STEPHEN WINDSOR (344886)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 09-123-C

# JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's claims against Warden Burl Cain, Louisiana Department of Public Safety and Corrections Secretary James LeBlanc, Earl K. Long Hospital, Dr. Huffman and Dr. Tran are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(9)(ii) and (iii), without prejudice to any state law claim and this matter is dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, May 27, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA